APPEAL No. 75-261. STATE *v.* PETER E. NEWMAN. Treating the letter of the defendant as a motion to reargue, said motion is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *David L. Martin, Barbara Hurst,* Asst. Public Defenders, for defendant.

APPEAL No. 75-284. RICHARD DALLAIRE *et al. v.* G. ANDREW ROTH *et al.* Motion of defendants to dismiss the plaintiffs' appeal is granted. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs. *Corcoran, Peckham & Hayes, Edward B. Corcoran,* for defendants.

APPEAL No. 76-201. RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY *v.* BETHLEHEM STEEL CORPORATION *et al.* Motion of plaintiff to show, as part of its oral argument, the motion pictures of the Newport Bridge is denied without prejudice to renewing this motion at oral argument. *Hogan & Hogan, Edward T. Hogan, Sheffield & Harvey, Brian G. Bardorf,* for plaintiff. *Edwards & Angell, George W. Shuster, John V. Kean, Hynes & Diamond, Leslie A. Hynes,* New York, N.Y., for Bethlehem Steel Corporation *et al. John F. Dolan,* for Parsons, Brinckerhoff, Quade & Douglas, defendants.

APPEAL No. 77-21. ROBERT M. HENRY *v.* LEON C. MAYNARD *et al.* Motion of defendants to dismiss plaintiff's appeal is granted. *James Murray,* for plaintiff. *William T. Murphy,* for defendants.